# Exhibit A

CaseSearch                          Circuit Court of Maryland

## Case Information

Court System: **Circuit Court For Baltimore County - Civil**
Location:     **Baltimore County Circuit Court**
Case Number: **C-03-CV-22-004561**
Title:        **Willarda Edwards, M.D. vs. American Medical Association, Inc.**
Case Type:   **Tort – Defamation**
Filing Date:  **11/09/2022**
Case Status:  **Open**

## Involved Parties Information

## Defendant

Name: **American Medical Association, Inc.**
Address: **330 N. Wabash Avenue**
         **Suite 39300**
City:     **Chicago**  State: **IL**  Zip Code: **60611**

### Aliases

Business : **American Medical Association**

## Plaintiff

Name: **Edwards, Willarda V. M.D.**
Address: **5 Colgate Court**
City:     **Baltimore**  State: **MD**  Zip Code: **21228**

### Attorney(s) for the Plaintiff

Name:              **PRAWDE, ALYSE LAUREN**
Appearance Date: **11/09/2022**
Address Line 1:   **JOSEPH, GREENWALD & LAAKE, P.A.**
Address Line 2:   **6404 IVY LANE**
Address Line 3:   **SUITE 400**
City:              **GREENBELT**  State: **MD**  Zip Code: **20770**

Name:              **MALONEY, TIMOTHY FRANCIS**
Appearance Date: **11/09/2022**
Address Line 1:   **Joseph, Greenwald And Laake**
Address Line 2:   **6404 Ivy Lane**
Address Line 3:   **Suite 400**
City:              **Greenbelt**  State: **MD**  Zip Code: **20770**

## Document Information

| | |
|---|---|
| File Date: | **11/09/2022** |
| Filed By: | |
| Document Name: | **Complaint / Petition** |
| Comment: | **Complaint and Jury Demand** |

| | |
|---|---|
| File Date: | **11/09/2022** |
| Filed By: | |
| Document Name: | **Line** |
| Comment: | **Line to Issue Summons** |

| | |
|---|---|
| File Date: | **11/09/2022** |
| Filed By: | |
| Document Name: | **Attorney Appearance - $10 Fee** |
| Comment: | **Line Entering Appearance** |

| | |
|---|---|
| File Date: | **11/09/2022** |
| Filed By: | |
| Document Name: | **Case Information Report Filed** |
| Comment: | **Civil Cover Sheet** |

| | |
|---|---|
| File Date: | **11/09/2022** |
| Filed By: | |
| Document Name: | **Demand / Request for Jury Trial** |
| Comment: | |

| | |
|---|---|
| File Date: | **11/09/2022** |
| Filed By: | |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | |

| | |
|---|---|
| File Date: | **11/09/2022** |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Summons** |

| | |
|---|---|
| File Date: | **11/23/2022** |
| Filed By: | |
| Document Name: | **Deficient Filing** |
| Comment: | **\*\*\*STRIKING DEFICIENT SUBMISSION PER 12/12 ORDER\*\*\* Affidavit of Service - American Medical Association Inc.** |

| | |
|---|---|
| File Date: | **11/23/2022** |
| Filed By: | |
| Document Name: | **Notice of Deficiency - Rule 20-203(d)** |
| Comment: | **Affidavit of Service Envelope # 11134823** |

| | |
|---|---|
| File Date: | **11/23/2022** |
| Filed By: | |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Deficient Filing - Affidavit of Service** |

| | |
|---|---|
| File Date: | **12/12/2022** |
| Filed By: | |
| Document Name: | **Order** |
| Comment: | **ORDER STRIKING DEFICIENT SUBMISSION: Affidavit of Service** |

| | |
|---|---|
| File Date: | **12/12/2022** |

Filed By:
Document Name: **Writ /Summons/Pleading - Electronic Service**
Comment:        **Notice of Striking**

---

File Date:      **12/12/2022**
Filed By:
Document Name: **Line**
Comment:        **Line Regarding Affidavit of Service**

---

File Date:      **12/12/2022**
Filed By:
Document Name: **Supporting Exhibit**
Comment:        **Exhibit 1 - Affidavit of Service**

---

## Service Information

| Service Type | Issued Date | Service Status |
|---|---|---|
| Summons Issued | 11/09/2022 | |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*